# IN THE UNITED STATES COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DEVON ENERGY CORPORATION and DEVON ENERGY PRODUCTION COMPANY, L.P., | § § § § § | |
| Plaintiffs, | § | Civil Action No. 4:21-cv-02452 |
| v. | § § | |
| CHEVRON U.S.A., INC., | § § | |
| Defendant. | § § | |

## **JOINT MOTION TO REOPEN**

Plaintiffs Devon Energy Corporation and Devon Energy Production Company, L.P. and Defendant Chevron U.S.A. Inc. jointly move the Court to reopen the case for the sole purpose of permitting Plaintiffs to file a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

On September 7, 2023, the Court entered an Order of Dismissal (Dkt. No. 133).

On October 11, 2023, the parties executed a confidential settlement agreement. In connection with that agreement, the parties have agreed to file a joint stipulation of dismissal with prejudice in the form attached hereto and request the Court reopen this action and vacate its prior Order of Dismissal.

The parties therefore move the Court to vacate the Court's Order of Dismissal and reopen the case for the express purpose of the parties filing the stipulation of dismissal with prejudice attached hereto.

**Dated:** November 6, 2023

        **SCHIFFER HICKS JOHNSON, PLLC**

        <u>/s/ Logan E. Johnson</u>
Logan E. Johnson
State Bar No. 24013855
SD Tex. Fed. Bar No. 24991
700 Louisiana, Suite 2650
Houston, Texas 77002
Tel: 713-357-5150
Fax: 713-357-5160
ljohnson@shjlawfirm.com
***Attorney in charge for Plaintiffs Devon Energy Production Company, L.P. and Devon Energy Corporation***

        – And –

**DAVIS POLK & WARDWELL LLP**

<u>/s/ James P. Rouhandeh</u>
James P. Rouhandeh
*Admitted pro hac vice*
New York Bar No. 2211837
S.D. NY I.D. No. JR-2251
450 Lexington Avenue
New York, New York 10017
Tel: 212-450-4000
Fax: 212-701-5800
rouhandeh@davispolk.com
***Attorney in charge for Defendant Chevron U.S.A. Inc.***