IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVON ENERGY CORPORATION and DEVON ENERGY PRODUCTION COMPANY, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON U.S.A., INC., <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 4:21-cv-02452 |

## STIPULATED DISMISSAL WITH PREJUDICE

Devon Energy Corporation, Devon Energy Production Company, L.P., and Chevron U.S.A. Inc., being all of the parties in this lawsuit, by and through their counsel of record stipulate that this lawsuit should be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear and be responsible for its own attorneys' fees, costs and expenses.

SCHIFFER HICKS JOHNSON, PLLC

_____
Logan E. Johnson
State Bar No. 24013855
SD Tex. Fed. Bar No. 24991
Varant Yegparian
State Bar No. 24070893
SD Tex Fed. Bar No. 2385654
700 Louisiana, Suite 2650
Houston, Texas 77002
Tel:  713-357-5150
Fax:  713-357-5160
ljohnson@shjlawfirm.com
vyegparian@shjlawfirm.com

***Attorney In Charge for Plaintiffs Devon Energy Production Company, L.P. And Devon Energy Corporation***

DAVIS POLK & WARDWELL LLP

_____
James P. Rouhandeh
Admitted pro hac vice
New York Bar No. 2211837
S.D. NY I.D. No. JR-2251
450 Lexington Avenue
New York, New York 10017
Tel: 212-450-4000
Fax: 212-701-5800
rouhandeh@davispolk.com

***Attorney In Charge for Defendant Chevron U.S.A. Inc.***