## IN THE UNITED STATES COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DEVON ENERGY CORPORATION<br>and DEVON ENERGY PRODUCTION<br>COMPANY, L.P.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CHEVRON U.S.A., INC.,<br><br>            Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-cv-02452 |

## ORDER

Pending before the Court is the Parties' Joint Motion to Reopen the case for the sole purpose of permitting the parties to file a joint stipulation dismissing the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted. Accordingly, the Court hereby

ORDERS that the Order of Dismissal signed on September 7, 2023 (Dkt. No. 133) is VACATED and this case is REOPENED. The Court further

ORDERS that within five business days of entry of this Order Plaintiffs shall file a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas, on this _____ day of _____, 2023.

_____
DAVID HITTNER
United States District Judge