United States District Court
Southern District of Texas
**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Devon Energy Corporation and Devon Energy Production Company, L.P., | § § § § | |
| Plaintiffs, | § | Civil Action No. H-21-2452 |
| v. | § § § | |
| Chevron USA, Inc., | § § | |
| Defendant. | § § | |

## ORDER

Pursuant to the Stipulated Dismissal with Prejudice filed on November 8, 2023 the above referenced case is hereby dismissed with prejudice as to Defendant Chevron USA, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 11 day of November, 2023.

_____
DAVID HITTNER
United States District Judge